STATE

v.

Nicholas ZINNI.

No. 78–176–C.A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for plaintiff.

John A. O'Neill, Jr., Providence, Frank Caprio, Johnston, for defendant.

ORDER

The defendant having filed his brief, the state's motion to dismiss this appeal is denied.

DORIS, J., did not participate.

BRISTOL AND WARREN GAS COMPANY

v.

Edward F. BURKE, Chairman, et al.

No. 80–75–M.P.

Supreme Court of Rhode Island.

Feb. 28, 1980.

Coffey, McGovern, Noel & Novogroski, John G. Coffey, Jr., W. Kenneth O'Donnell, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Special Asst. Atty. Gen., John A. Notte III, Providence, for respondents.

ORDER

The petitioner's motion for stay of the decision and order of the Public Utilities Commission pending review is granted.

BEVILACQUA, C. J., and KELLEHER, J., are of the opinion that the stay should be denied.

CITY OF CENTRAL FALLS, a Municipal Corporation

v.

LOCAL 1485 INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL–CIO, et al.

No. 78–323–M.P.

Supreme Court of Rhode Island.

Feb. 28, 1980.

Paul G. MacLean, City Sol., Central Falls, for petitioner.

Capineri & Crowley, Frederic C. Crowley, Pawtucket, for Local 1485 International Association of Firefighters, AFL–CIO.

ORDER

The petitioner's motion to amend the return date on the writ of certiorari is denied. The petition for certiorari is denied and dismissed and the writ heretofore issued is quashed.